1  SANDRA R. BROWN
   Acting United States Attorney
2  LAWRENCE S. MIDDLETON
   Assistant United States Attorney
3  Chief, Criminal Division
   JOHN J. LULEJIAN (Cal. Bar No. 186783)
4  Assistant United States Attorney
        1200 United States Courthouse
5       312 North Spring Street
        Los Angeles, California 90012
6       Telephone: (213) 894-0721
        Facsimile: (213) 894-0141
7       E-mail:    John.Lulejian@usdoj.gov

8  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
9

                    UNITED STATES DISTRICT COURT

                FOR THE CENTRAL DISTRICT OF CALIFORNIA

   IN THE MATTER OF THE              No. MJ 17-3023
   EXTRADITION OF
                                     REQUEST FOR EXTRADITION
   BANI SOLORZANO
                                     [18 U.S.C. § 3184]
   A Fugitive from the
   Government of Canada.             Hearing Date: January 23, 2018
                                     Hearing Time: 2:00 p.m.
                                     Location:     Courtroom of the
                                                   Honorable Patrick J.
                                                   Walsh

        The United States, acting in accordance with the Treaty obligations to the Government of the Republic of Costa Rica, hereby files the Request for the Extradition of BANI SOLORZANO ("SOLORZANO"), along with the formal papers (with seals and ribbons) supporting this Request, as required by the Treaty on Extradition Between the United States of America and Canada, U.S.-Can., Dec. 3, 1971, 27 U.S.T. 983; Protocol Amending the Extradition Treaty with Canada, U.S.-Can., Jan. 11, 1988, S. Treaty Doc. No. 101-17 (1990); and Second Protocol Amending the Extradition Treaty with Canada, U.S.-Can., Jan. 12, 2001, S. Treaty Doc. No. 107-11 (2002).  Attached

to the Complaint filed on October 26, 2017, is the diplomatic note formally requesting the extradition (Exhibit 1; yellow ribbon) and the documentary evidence accompanying the Request for Extradition (Exhibit 2; red ribbon), received by the United States from the Government of Canada (Docket No. 1).[1] Based on these documents, the United States, in fulfilling its treaty obligations to the Government of Canada, requests that SOLORZANO be certified as extraditable pursuant to Title 18, United States Code, Section 3184 and the Treaty on Extradition between Canada and the United States of America.

The fugitive, SOLORZANO, was arrested pursuant to an arrest warrant issued on October 26, 2017, by United States Magistrate Judge Jean P. Rosenbluth, and came before the Court for an initial appearance on October 27, 2017, before Chief United States Magistrate Patrick J. Walsh in Case No. 17-2667 M.

Under the procedures of this Court, this extradition matter should be assigned a new civil docketing number and a United States

\\
\\
\\
\\
\\
\\
\\
\\
\\

---

[1] The government filed a redacted version and an amended redacted version of the Complaint and its accompanying exhibits on November 7, 2017 (Docket No. 13.) and November 28, 2017 (Docket No. 21).

District Judge, with the existing United States Magistrate Judge (in this case Chief Magistrate Judge Walsh) for further extradition proceedings.

Dated: November 29, 2017   Respectfully submitted,

SANDRA R. BROWN
Acting United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

/s John J. Lulejian
JOHN J. LULEJIAN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA